IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00124-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     BENITO GONZALEZ-BANDA,

    Defendant.
_____

**ORDER GRANTING MOTION FOR RE-ASSIGNMENT**
_____

THIS MATTER comes before the Court on a pleading entitled "Notice Pursuant to D.C.COLO.LCrR 50.1(C)(2) and Motion for Re-Assignment (Motion) **(#11)** filed by the United States of America on April 3, 2008. Having reviewed the Motion, and with the consent of the Chief Judge,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk shall reassign this matter to the Honorable Lewis T. Babcock who is the assigned judge in the prior case, 06-cr-00423-LTB.

DATED this 4th day of April, 2008.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge